IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID NEALY, | * |
|       Plaintiff, | * |
| v. | Case No. 5:24-cv-00385-TES-TQL |
| | * |
| KELLY BURKE, et al, | |
| *District Attorney* | * |
|       Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 16th day of December, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk